# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00366-CV

### In re Stevi Wolfe

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Stevi Wolfe has petitioned this Court for a writ of mandamus directing the trial court to grant a motion to vacate a portion of an agreed order in a suit affecting the parent-child relationship. The petition fails, in numerous respects, to comply with the rules of appellate procedure governing original proceedings. *See* Tex. R. App. P. 52.3; 52.7. Accordingly, the petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Goodwin and Field

Filed: May 30, 2013